UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

NEXTMEDIA OUTDOOR INC.,

    Plaintiff,

v.    Case No. 10-C-1060

VILLAGE OF HOWARD and ZONING BOARD
OF APPEALS OF THE VILLAGE OF HOWARD,

    Defendants.

**ORDER GRANTING MOTIONS TO VACATE ENTRY OF DEFAULT
AND ENLARGE TIME TO ANSWER AND ORDER DENYING
PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

This matter came before the Court for a hearing on February 22, 2011, on the Defendants' motion to vacate the entry of default and enlarge the time within which to file their answer to the complaint as well as the Plaintiff's motion for a default Judgment. for the reasons set forth by the Court on the record, the Court finds that the Defendants have established good cause for the default, took quick action to correct it and have a meritorious defense. Defendants have also established excusable neglect.

Accordingly, the entry of default is vacated and the time for filing an answer is enlarged such that the answer now filed by the Defendants is timely. The Plaintiff's motion for a default judgment is denied.

**SO ORDERED** this __22nd__ day of February, 2011.

                                    s/ William C. Griesbach
                                    William C. Griesbach
                                    United States District Judge