IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

NEXTMEDIA OUTDOOR, INC.,

    Plaintiff,

v.                                                                               Case No. 10-CV-1060

THE VILLAGE OF HOWARD, WISCONSIN,
and THE ZONING BOARD OF APPEALS OF
THE VILLAGE OF HOWARD,

    Defendants.

## ORDER LIFTING STAY AND AMENDING SCHEDULING ORDER

    Before the Court is the Parties' Joint Status Report and Proposed Schedule. Upon consideration of the same, the Court hereby orders that the stay that is currently in place in this action is hereby LIFTED. The Court further finds that the Parties' proposed schedule is acceptable.

    THEREFORE Plaintiff may file an Amended Complaint within twenty (20) days of the date of this Order. The Parties will be given one hundred-twenty (120) days to complete discovery from the date an Amended Complaint is filed. Dispositive motions will be due thirty (30) days following the close of discovery.

    **SO ORDERED** this  31st  day of May, 2012.

                                                           s/ William C. Griesbach
                                                           William C Griesbach, Judge
                                                           United States District Court